IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JULIE DELGADO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-2593-JWL |
| ) | |
| MOBILE MINI, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case comes before the court on the motion **(doc. 6)** of the defendant, Mobile Mini, Inc., for an order commanding the release of records from the Kansas Human Rights Commission ("KHRC") concerning the charge of discrimination filed by the plaintiff, Julie Delgado. Plaintiff does not oppose the motion.

The court grants the instant motion and directs the KHRC to make available to the parties all the contents of its investigative file (Charge No. 30043-06) except such portions thereof which may be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff. Should the KHRC consider that any items are of the foregoing nature, copies of such items shall be forwarded to the court for in camera inspection within 15 days of the date of this order. A brief summary of the documents submitted to the court shall be served on all parties in the case.

Copies of this order shall be served by the clerk on all counsel of record and to the KHRC.

IT IS SO ORDERED.

Dated this 5th day of February, 2008, at Kansas City, Kansas.

                                      s/ James P. O'Hara  
                                      James P. O'Hara  
                                      U.S. Magistrate Judge